**Opinion issued October 7, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-14-00406-CR

———————————

**THE STATE OF TEXAS, Appellant**

**V.**

**MICHAL STANAK, Appellee**

---

**On Appeal from the County Court at Law No 2**
**Galveston County, Texas**
**Trial Court Case No. MD-333225**

---

### MEMORANDUM OPINION

The State has filed a motion to dismiss the appeal in compliance with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in the appeal.

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Bland, and Sharp.

Do not publish. TEX. R. APP. P. 47.2(b).